IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TONY DANIELS, JR.
Reg. #26688-044                                                                                       PETITIONER

V.                              NO. 4:21-CV-01242-LPR-ERE

STATE OF ARKANSAS                                                                            RESPONDENT

## ORDER

The Court has received the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed, and the time for doing so has passed. After a careful and *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Petitioner Tony Daniels, Jr.'s § 2254 Petition is DISMISSED for lack of subject matter jurisdiction.

2. A Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

DATED this 21st day of April, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE