## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TONY DANIELS, JR.**
**Reg. #26688-044**                                                      **PETITIONER**

**V.**                          **NO. 4:21-CV-01242-LPR-ERE**

**STATE OF ARKANSAS**                                         **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Tony Daniels, Jr.'s petition for writ of habeas corpus is dismissed for lack of subject matter jurisdiction.  All habeas relief is denied, and this case is terminated.

DATED this 21st day of April , 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE